# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL ACTION NOS. 3:21-CR-219-S and 3:21-CR-220-S |
| BRANDON LEE CAUDLE | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court referred the request for revocation of Defendant's Supervised Release to United States Magistrate Judge Rebecca Rutherford for consideration. The Court has received the Report and Recommendation of the United States Magistrate Judge [ECF No. 31]. Defendant having waived allocution before this Court as well as his right to object to the Report and Recommendation of the United States Magistrate Judge, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.

It is, therefore, **ORDERED** that the Magistrate Judge's Report and Recommendation are **ADOPTED** as the opinion and findings of the Court. It is further **ORDERED** that the Defendant be continued on terms of Supervised Release.

**SO ORDERED.**

SIGNED October 18, 2022.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**